1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11

| INDEPENDENT FINANCIAL GROUP, LLC, | Case No.21-cv-00537-NC |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED** |
| v. | |
| QUEST TRUST COMPANY, | Re: ECF 1 |
| Defendant. | |

16      Defendant Quest Trust Company removed this case from Monterey County

17  Superior Court on January 22, 2021. ECF 1. In its removal notice, Quest alleges that

18  removal is proper based on diversity jurisdiction under 28 U.S.C. § 1332. ECF 1 at 2.

19  However, in reaching this conclusion Quest incorrectly applied the corporation citizenship

20  test to Plaintiff Independent Financial Group, a limited liability company. ECF 1 at 2, 7.

21  LLCs are treated like partnerships for the purposes of diversity jurisdiction.  *See Johnson*

22  *v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). As such, Quest

23  should have listed the citizenship of all of IFG's members and then evaluated diversity.

24  *See* 15A Moore's Federal Practice - Civil § 102.57 (2020).

25      Accordingly, the Court ORDERS Quest to show cause in writing why this case

26  should not be remanded by February 10, 2021.  The Court also ORDERS all parties to

27  consent or decline the jurisdiction of a magistrate judge by February 5, 2021.  ECF 4.

28  //

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated:  January 27, 2021

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California