UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| Independent Financial Group, LLC, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> Quest Trust Company, § <br>     Defendant. § | Civil Action H-21-2125 |

## Order of Adoption

On December 21, 2022, Magistrate Judge Peter Bray recommended that the court grant Quest Trust Company's motion for summary judgment. (53) Independent Financial Group, LLC, filed objections. (54) Quest Trust Company responded to the objections. (55) The court denies the objections and adopts the report and recommendation as its memorandum and opinion. A separate final judgment will issue.

Signed at Houston, Texas, on January 25, 2023.

_____
Lynn N. Hughes
United States District Judge